# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MOGANNAM,** Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**MORGAN DREXEN,**<br><br>Defendant. | **Case No.:** 2:14-cv-02044-JAM-DAD<br><br>**ORDER OF DISMISSAL WITH AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND AS TO THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE PURSUANT TO FRCP 41(A)** |

Based upon the Parties' Joint Stipulation For Dismissal, and good cause, this Court hereby orders Plaintiff's individual claims be dismissed WITHOUT PREJUDICE, and the putative class claims be dismissed WITHOUT PREJUDICE. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 3/13/2015

/s/ John A. Mendez_____

U. S. District Court Judge

**PROOF OF SERVICE**